## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No.: 1:25-cv-03497 |
| v. | ) ) ) | Hon. Mary M. Rowland |
| THE UNIVERSITY OF PHOENIX, INC., | ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant, The University of Phoenix respectfully moves this Court for an order dismissing Plaintiff Janielle Dawson's ("Plaintiff") Complaint for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Support for this Motion is found in the accompanying Memorandum of Law.

WHEREFORE, Defendant The University of Phoenix, Inc. respectfully requests that this Court enter an Order granting this Motion and dismissing Plaintiff's Complaint with prejudice.

Dated: June 5, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  /s/ Katharine H. Walton
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL  60606-2859
Telephone:        312.416.6200
Facsimile:         312.416.6201

- 2 -

jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for The University of Phoenix, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on Juen 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record. I further certify that a true and correct copy of the foregoing document was served via certified mail on the following:

Pamela Bondi
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Katharine H. Walton*