**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | No.: 1:25-cv-03497 |
| v. | ) | |
| THE UNIVERSITY OF PHOENIX, INC., | ) | Hon. Mary M. Rowland |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant The University of Phoenix, Inc. ("Defendant"), by and through its undersigned counsel, hereby gives notice of the Opinion and Order in *Pileggi v. Washington Newspaper Publishing Company, LLC*, __ F.4th __, 2025 WL 2319550 (D.C. Cir. Aug. 12, 2025) (attached hereto as Exhibit A), which supports the arguments Defendant makes in its pending Motion to Dismiss (ECF No. 19, 20, 21, 27), and which was issued after briefing closed.

In a concurring opinion, Judge Randolph wrote that he would conclude the defendant was not a video tape service provider because "the VPPA was principally designed to target 'video stores' like the one that leaked Judge Bork's rental history," and the statute covers only "physical data formats like cassette tapes, laser discs, compact discs, and magnetic tape machines," not "today's digital world." *Id.* at *14. (Randolph, J., concurring). This supports the argument Defendant made in its briefing concerning the "video tape service provider" element of the statute, and adopting this interpretation would require dismissal because Plaintiff's claims exclusively concern digital content on a website.

Dated: August 18, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Bonnie Keane DelGobbo*
Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.6200
Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for The University of Phoenix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Bonnie Keane DelGobbo*