**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | No.: 1:25-cv-03497 |
| v. | ) | |
| THE UNIVERSITY OF PHOENIX, INC., | ) | Hon. Mary M. Rowland |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Janielle Dawson ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully submits this Notice to advise the Court that on October 17, 2025, Chief Judge Hala Y. Jarbou issued an Opinion in the matter of *Goodman v. Hillsdale College*, 2025 WL 2941542 (W.D. Mich. Oct. 17, 2025) (Exhibit 1, hereto), in which she held in relevant part that: (1) the plaintiffs adequately alleged that the defendant college was a "video tape service provider" for purposes of the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA"), because the college makes money from its video classes and is substantially involved in the conveyance of video lectures, *id.* at *3-5; (2) the plaintiffs adequately alleged they were consumers under the VPPA because they signed up for a free account to watch the college's videos, *id.* at *5-7; and (3) URL data and Facebook IDs constitute "personally identifiable information" because the intended recipient (Facebook) would be able to decipher who watched what videos, and—even applying the ordinary person standard—anyone else would be able to figure out the same thing. *Id.* at *7-9

(citing *Yershov v. Gannett Satellite Info. Network, Inc.*, 820 F.3d 482 (1st Cir. 2016), and *Manza v. Pesi, Inc.*, 784 F. Supp. 3d 1110 (W.D. Wis. 2025)).

Dated: October 22, 2025

Respectfully submitted,

Q.J., on behalf of himself
and others similarly situated,

By: /s/ Scott R. Drury
SCOTT R. DRURY
*One of Plaintiff's Attorneys*

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
(312) 358-8225
scott@drurylegal.com

Joshua D. Arisohn (to be admitted *pro hac vice*)
**ARISOHN LLC**
513 Eighth Avenue, #2
Brooklyn, NY 11215
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorneys for Plaintiff and putative class members*

## CERTIFICATE OF SERVICE

I, Scott R. Drury, an attorney, hereby certify that, on October 22, 2025, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

*/s/ Scott R. Drury*
Scott R. Drury