**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC.,<br><br>Defendant. | No.: 1:25-cv-03497<br><br>Hon. Mary M. Rowland |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Janielle Dawson ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully submits this Notice to advise the Court that on September 30, 2025, Senior United States District Judge Nathaniel M. Gorton issued a Memorandum and Opinion accepting, in part, and rejecting, in part, the report and recommendation of the magistrate judge in *Doe v. Lawrence General Hosp.* ("*Doe I*"), 2025 WL 2808055 (D. Mass. Aug. 29, 2025). *See Doe v. Lawerence General Hosp.*, 2025 WL 2807673 ("*Doe II*") (Exhibit 1, hereto).[1] In *Doe I*, the magistrate judge recommended that the district court dismiss the plaintiff's claim under the Electronic Communications Privacy Act ("ECPA") and remand the matter to state court due to the inapplicability of the crime-tort exception. *See* 2025 WL 2808055, at *6-20. Rather than accept the magistrate judge's recommendation in full, the district court merely dismissed the complaint

[1] On October 1, 2025, Plaintiff's counsel filed Plaintiff's Response to Defendant's Notices of Supplemental Authority (Dkt. 36-37), in which Plaintiff addressed, *inter alia*, the magistrate judge's report and recommendation in *Doe I*. At the time Plaintiff filed her response, she had not yet become aware that *Doe II* had been issued on September 30, 2025.

"due to pleading deficiencies" and rejected the recommendation to remand the case to state court in light of the plaintiff's motion to amend the complaint. *Doe II*, 2025 WL 2807673, at *1.

Dated: October 28, 2025

Respectfully submitted,

Q.J., on behalf of himself
and others similarly situated,

By: /s/ Scott R. Drury
SCOTT R. DRURY
*One of Plaintiff's Attorneys*

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
(312) 358-8225
scott@drurylegal.com

Joshua D. Arisohn (to be admitted *pro hac vice*)
**ARISOHN LLC**
513 Eighth Avenue, #2
Brooklyn, NY 11215
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorneys for Plaintiff and putative class members*

## CERTIFICATE OF SERVICE

I, Scott R. Drury, an attorney, hereby certify that, on October 28, 2025, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

*/s/ Scott R. Drury*
Scott R. Drury