**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | No.: 1:25-cv-03497 |
| v. | ) | |
| THE UNIVERSITY OF PHOENIX, INC., | ) | Hon. Mary M. Rowland |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant The University of Phoenix, Inc. ("Defendant"), by and through its undersigned counsel, hereby gives notice of the Order in *Doe v. Talkiatry Management Services, LLC,* No. 5:25-cv-00781-SSS-DTBx, 2025 WL 3190813 (C.D. Cal. Oct. 10, 2025) (attached hereto as Exhibit A), which supports the arguments Defendant makes in its pending Motion to Dismiss (ECF No. 19, 20, 21, 27), and which was issued after briefing closed.

Judge Sykes dismissed the plaintiffs' Electronic Communications Privacy Act ("ECPA") claim, 18 U.S.C. § 2511, holding that it was evident that the defendant was a party to the communications and the plaintiffs had not sufficiently alleged a tortious or criminal act independent of the interception:

> Various courts have held that a plaintiff must plead sufficient facts to support an inference that the offender intercepted the communication for the purpose of a tortious or criminal act that is *independent* of the intentional act of recording or interception itself… Plaintiffs allege that Defendant engaged in illegal interception of their and the proposed class members' individually identifiable health information to a third party in violation of HIPAA, despite being a HIPAA-regulated entity. However, Plaintiffs do not allege that this purpose constitutes independently illegal or actionable conduct. As such, the party exception is inapplicable. Accordingly, the Court finds that the "criminal or tortious act"

> exception to the party exception applies to Plaintiff's ECPA claim, exempting Defendant from liability.

Exhibit A at *4 (emphasis added).

Dated: November 21, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Katharine H. Walton*

Joel C. Griswold
Bonnie Keane DelGobbo
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.6200
Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for The University of Phoenix, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Katharine H. Walton*