**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JANIELLE DAWSON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No.: 1:25-cv-03497 |
| v. | ) ) ) | Hon. Mary M. Rowland |
| THE UNIVERSITY OF PHOENIX, INC., | ) ) | |
| Defendant. | ) ) ) | |

**JOINT MOTION TO STAY CASE PENDING MEDIATION**

Defendant The University of Phoenix, Inc. ("Defendant") and Plaintiff Janielle Dawson ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for an order staying this case in its entirety, up to and including June 15, 2026, pending mediation which is set to take place on June 3, 2026. In support, the Parties state as follows:

1.      The Parties have agreed to participate in a private mediation. In furtherance of that agreement, the Parties have agreed to a mediator and have scheduled a mediation on June 3, 2026, the mediator's first available date.

2.      Given that the mediation, if successful, would likely resolve this matter altogether, the Parties respectfully request that the Court stay the litigation through June 15, 2026 to allow the mediation to proceed and to allow for the possibility of any follow-up negotiations and potential drafting of a settlement agreement.

3.      The Parties respectfully submit that a stay is appropriate as it would conserve the Court's time and resources while allowing the Parties to focus their efforts on potential resolution.

4. On or before June 15, 2026, the Parties will submit a joint status update to the Court. If the mediation is unsuccessful, the joint status report will include a proposed revised case management schedule.

WHEREFORE, Defendant The University of Phoenix, Inc. and Plaintiff Janielle Dawson respectfully request an order staying this case in its entirety up to and including June 15, 2026 pending the forthcoming mediation and ordering the Parties to file a joint status report on the status of settlement by June 30, 2026.

Dated: February 26, 2026                    Respectfully submitted,

DRURY LEGAL, LLC                            BAKER & HOSTETLER LLP


By: */s/ Scott R. Drury*                    By: */s/ Bonnie Keane DelGobbo*
     Scott R. Drury                              Joel C. Griswold (627757)
     **DRURY LEGAL, LLC**                        Bonnie Keane DelGobbo (6309394)
     6 Carriage Lane                             Katharine H. Walton (6339805)
     Highwood, Illinois 60040                    **BAKER & HOSTETLER LLP**
     Telephone: (312) 358-8225                   One North Wacker Drive, Suite 3700
     E-Mail: scott@drurylegal.com               Chicago, IL  60606-2859
                                                 Telephone:        312.416.6200
     *Attorneys for Plaintiff Janielle Dawson*   Facsimile:        312.416.6201
                                                 jcgrisold@bakerlaw.com
                                                 bdelgobbo@bakerlaw.com
                                                 kwalton@bakerlaw.com

                                                 *Attorneys for The University of Phoenix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Bonnie Keane DelGobbo*