## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Janielle Dawson

               Plaintiff,

v.

                                            Case No.: 1:25–cv–03497

                                            Honorable Mary M. Rowland

The University of Phoenix, Inc.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 2, 2026:

     MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint motion to stay the case pending mediation [60]. In an effort to conserve judicial resources and promote settlement, the Court stays the case until 6/15/26. The parties are to file a report on the status of settlement, or stipulation of dismissal, by 6/15/26. The Court will reset deadlines, if necessary, at that time. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.