**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Janielle Dawson

Plaintiff,

v.

Case No.: 1:25−cv−03497
Honorable Mary M. Rowland

The University of Phoenix, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 23, 2026:

MINUTE entry before the Honorable Mary M. Rowland: A stipulation of voluntarily dismissal [65] has been filed. Pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed without prejudice. Each side to bear its own costs. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.